**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case nos:

18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713; 21-cv-05339.

MASTER DOCKET

18-md-2865 (LAK)

### NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION *IN LIMINE* TO PRECLUDE THE IRS EXAMINATION OF THE RJM CAPITAL PENSION PLAN

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated August 15, 2024, and the Declaration of Marc A. Weinstein, dated August 15, 2024, with all exhibits thereto, plaintiff Skatteforvaltningen, by its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rules 402 and 403 of the Federal Rules of

2

Evidence precluding evidence of the Internal Revenue Service examination of the RJM Capital

Pension Plan, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York                    HUGHES HUBBARD & REED LLP
       August 15, 2024

                                              By: /s/ Marc A. Weinstein
                                                  William R. Maguire
                                                  Marc A. Weinstein
                                                  Neil J. Oxford
                                                  Dustin P. Smith
                                                  Gregory C. Farrell
                                                  One Battery Park Plaza
                                                  New York, New York 10004-1482
                                                  Telephone: (212) 837-6000
                                                  Fax: (212) 422-4726
                                                  bill.maguire@hugheshubbard.com
                                                  marc.weinstein@hugheshubbard.com
                                                  neil.oxford@hugheshubbard.com
                                                  dustin.smith@hugheshubbard.com com
                                                  gregory.farrell@hugheshubbard.com

                                                  *Counsel for Plaintiff Skatteforvaltningen*
                                                  *(Customs and Tax Administration of the*
                                                  *Kingdom of Denmark)*

2