# Exhibit 21

## Arnold & Porter Kaye Scholer LLP

### Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | | General - Total | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |
| | | GRAND TOTAL | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355007



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 4, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 626801
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|            |                        | Hours |
|------------|------------------------|------:|
| 01/12/2010 | Ben-Jacob, Michael     | 1.00  |
| 01/21/2010 | Ben-Jacob, Michael     | 0.67  |
| 01/22/2010 | Ben-Jacob, Michael     | 0.08  |
| 01/22/2010 | Ben-Jacob, Michael     | 0.08  |
| 02/02/2010 | Migliaccio, Christopher| 2.75  |
| 02/03/2010 | Migliaccio, Christopher| 1.00  |
| 02/04/2010 | Migliaccio, Christopher| 1.50  |
| 02/05/2010 | Ben-Jacob, Michael     | 0.17  |
| 02/05/2010 | Migliaccio, Christopher| 2.75  |
| 02/11/2010 | Ben-Jacob, Michael     | 0.25  |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

    **RE:** General                                              **Invoice#:** 626801
    **Our File Number:** 00647/0001                              **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

██████████████████████████████████████

02/11/2010  Migliaccio, Christopher                                    3.50

████████████████████████████████████████████

                                  Total Hours................ 13.75

         Fees through 02/28/2010.................................    $6,026.25


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                          | Rate     | Hours | Fees       |
|--------------------------|----------|-------|------------|
| Ben-Jacob, Michael       | $685.00  | 2.25  | $1,541.25  |
| Migliaccio, Christopher  | 390.00   | 11.50 | 4,485.00   |
| Fees through 02/28/2010..............  |          | 13.75 | $6,026.25  |


    Fees this Invoice.........................................................    $6,026.25

    **Total Due this Invoice............................................**    **$6,026.25**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

  **RE:** General                                            **Invoice#:** 626801
  **Our File Number:** 00647/0001                            **PAGE:**    3

═══════════════════════════════════════════════════════════════════════

<u>Kaye Scholer LLP</u>

                                              425 Park Avenue
                                              New York, NY  10022-3598
                                              212-836-8000
                                              Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355010**



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    April 12, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                       **Invoice#:** 631064
**Our File Number:** 00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|  |  | Hours |
|---|---|---|
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.58 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 02/02/2010 | Ben-Jacob, Michael | 1.00 |
| 03/16/2010 | Ben-Jacob, Michael | 0.75 |

01/21/2010 Tuchman, L.

Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                        April 12, 2010

RE: General                                              **Invoice#:** 631064
**Our File Number:** 00647/0001                                  **PAGE:**    2

| Date | | Hours |
|------|------|------|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours................    13.01

Fees through 03/31/2010....................................    $8,723.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|------|------|------|------|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355012

**KAYE SCHOLER LLP**

| | | |
|---|---|---|
| TO: Argre Management LLC | | April 12, 2010 |
| **RE:** General | | **Invoice#:** 631064 |
| **Our File Number:** 00647/0001 | | **PAGE:** 3 |

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due............................................................. | | $6,026.25 |
| | | |
| Fees this Invoice.............................................................. | | $8,723.50 |
| Total Due this Invoice....................................................... | | $8,723.50 |
| Prior Balance Due (from above)........................................... | | 6,026.25 |
| **TOTAL DUE**................................................................ | | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355013

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              April 12, 2010

RE: General                                                    Invoice#: 631064
Our File Number: 00647/0001                                    PAGE:    4

==========================================================================

Kaye Scholer LLP

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355014



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    May 4, 2010
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com
      Attn: John H. van Merkensteijn, III


      **RE:** General                                    **Invoice#:** 632796
      **Our File Number:** 00647/0001                    **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/04/2010

On-Account Fees.................................................    $268.55
Adjusted Fees.................................................................    $268.55
**Total Due this Invoice.................................................................**    **$268.55**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                    Mail Code 81
                    P. O. Box 11839
                    Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 632796
      Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    May 10, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|  |  | Hours |
|---|---|---|
| 04/16/2010 | Tuchman, L. | 0.75 |
|  | ███████████████████████ |  |
| 04/19/2010 | Ben-Jacob, Michael | 1.08 |
|  | Attention to matters needed for Irish/German dividend deal. |  |
| 04/20/2010 | Tuchman, L. | 0.75 |
|  | ███████████████████████ |  |
| 04/22/2010 | Tuchman, L. | 0.33 |
|  | ███████████████████████ |  |
| 04/23/2010 | Ben-Jacob, Michael | 2.17 |
|  | ███████████████████████ |  |
| 04/23/2010 | Tuchman, L. | 4.25 |
|  | ███████████████████████ |  |
| 04/26/2010 | Ben-Jacob, Michael | 1.17 |
|  | ███████████████████████ |  |
| 04/27/2010 | Ben-Jacob, Michael | 0.25 |
|  | ███████████████████████ |  |

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                    May 10, 2010

RE: General                                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                                         **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

| Date | Name | Hours |
|------|------|-------|
| 04/27/2010 | Schneider, W.H. | 0.25 |
| 04/27/2010 | Tuchman, L. | 4.58 |
| 04/28/2010 | Ben-Jacob, Michael | 0.25 |

04/28/2010    Tuchman, L.                                                          4.25
Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
conference call with potential investor; office conferences with M. Ben-
Jacob re: proposed structure; revision of steps outline and charts; research
carried interest issues and office conference with G. Benson.

| 04/29/2010 | Ben-Jacob, Michael | 0.83 |
| 04/29/2010 | Schneider, W.H. | 0.25 |
| 04/29/2010 | Tuchman, L. | 1.83 |

Total Hours................    22.99

Fees through 04/30/2010....................................    $18,940.05


*-------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|------|------|-------|------|
| Ben-Jacob, Michael | $685.00 | 5.75 | $3,938.75 |
| Schneider, W.H. | 875.00 | 0.50 | 437.50 |
| Tuchman, L. | 870.00 | 16.74 | 14,563.80 |
| Fees through 04/30/2010............... | | 22.99 | $18,940.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    May 10, 2010

    **RE:** General                                          **Invoice#:** 633095
    **Our File Number:** 00647/0001                          **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════

    \*-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------\*
        Meals                                            $77.90
                ---------------------
            Total Costs through 04/30/2010........................    $77.90


    Fees this Invoice....................................    $18,940.05
    Less Discount of.................................    (3,000.00)
    Adjusted Fees.....................................................    $15,940.05
    Costs this Invoice................................................    $77.90
    Total Due this Invoice.......................................    $16,017.95
    Applied On-account Value.......................................    (268.55)
    **TOTAL DUE**...................................................    **$15,749.40**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        May 10, 2010

   **RE:** General                                            **Invoice#:** 633095
   **Our File Number:** 00647/0001                                **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                                   425 Park Avenue
                                                   New York, NY 10022-3598
                                                   212-836-8000
                                                   Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355020**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|  |  | **Hours** |
|---|---|---|
| 03/01/2010 | Veillette, Rebecca | 1.50 |
| 03/01/2010 | Veillette, Rebecca | 1.00 |
| 03/03/2010 | Veillette, Rebecca | 0.17 |
| 04/25/2010 | Tuchman, L. | 2.75 |
| 04/26/2010 | Tuchman, L. | 3.83 |
| 04/30/2010 | Tuchman, L. | 1.33 |
| 05/02/2010 | Tuchman, L. | 1.75 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        June 8, 2010

RE: General                                             Invoice#: 635694
Our File Number: 00647/0001                                PAGE:    2

===================================================================

| Date | Name | | Hours |
|------|------|---|------|
| 05/03/2010 | Tuchman, L. | Telephone conferences with M. Stein and J. Van Merkensteijn. | 0.75 |
| 05/03/2010 | Benson, Gregg M | ████████████████████████ | 4.00 |
| 05/04/2010 | Tuchman, L. | ████████████████████████ | 0.75 |
| 05/05/2010 | Tuchman, L. | ████████████████████████ | 0.75 |
| 05/05/2010 | Woodard, A.F. | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | 1.75 |
| 05/06/2010 | Tuchman, L. | ████████████████████████ | 1.00 |
| 05/06/2010 | Woodard, A.F. | Review of material re possible investment strategies. | 1.50 |
| 05/07/2010 | Woodard, A.F. | ████████████████████████ | 0.67 |
| 05/09/2010 | Tuchman, L. | ████████████ | 1.00 |
| 05/10/2010 | Woodard, A.F. | ████████████ | 0.25 |

                                                            ----------
                                        Total Hours................    24.75

                    Fees through 05/31/2010..................................    $19,094.80


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355022

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                June 8, 2010

    **RE:** General                                                **Invoice#:** 635694
    **Our File Number:** 00647/0001                                **PAGE:**    3

===============================================================================

|                    | Rate      | Hours | Fees         |
|--------------------|-----------|-------|--------------|
| Tuchman, L.        | $870.00   | 13.91 | $12,101.70   |
| Woodard, A.F.      | 895.00    | 4.17  | 3,732.15     |
| Benson, Gregg M    | 625.00    | 4.00  | 2,500.00     |
| Veillette, Rebecca | 285.00    | 2.67  | 760.95       |

    Fees through 05/31/2010..............    24.75    $19,094.80

    *-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------*
    Transportation                                              $132.50
    Total Costs through 05/31/2010........................    $132.50


    Fees this Invoice.........................................................    $19,094.80
    Costs this Invoice........................................................    $132.50
    **Total Due this Invoice...............................................**    **$19,227.30**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                June 8, 2010

      **RE:** General                                              **Invoice#:** 635694
      **Our File Number:** 00647/0001                              **PAGE:**    4

═══════════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                                 425 Park Avenue
                                                 New York, NY  10022-3598
                                                 212-836-8000
                                                 Fed. ID No. 13-1672623


CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          October 6, 2010
      40 West 57th Street
      New York, New York  10019
      Attn: John H. van Merkensteijn, III


**RE:** General                                        **Invoice#:** 646735
**Our File Number:** 00647/0001                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

---

| | | Hours |
|---|---|---|
| 09/07/2010 | Ben-Jacob, Michael | 0.33 |
| | ██████████████████████ | |
| 09/20/2010 | Tuchman, L. | 0.42 |
| | ██████████████████████████████ | |
| 09/21/2010 | Ben-Jacob, Michael | 0.50 |
| | ████████████████████████████ | |
| 09/21/2010 | Tuchman, L. | 0.42 |
| | ████████████████████████████████ | |
| 09/27/2010 | Ben-Jacob, Michael | 0.50 |
| | ████████████████████████████ | |
| 09/27/2010 | Tuchman, L. | 1.00 |
| | ████████████████████████████ | |

Total Hours................. 3.17

Fees through 09/30/2010.................................... $2,511.85


*----------------------------------TIME AND FEE SUMMARY-----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 1.33 | $911.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                              October 6, 2010

    **RE:** General                                                        **Invoice#:** 646735
    **Our File Number:** 00647/0001                                      **PAGE:**    2

Tuchman, L.                                    870.00          1.84          1,600.80

            Fees through 09/30/2010..............          3.17          $2,511.85

Fees this Invoice...................................................................          $2,511.85

**Total Due this Invoice..............................................................**          **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355027



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 9, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 653901
**Our File Number:** 00647/0001                    **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 11/09/2010 | Ben-Jacob, Michael    | 1.67      |
|            | Call with Matt regarding dividend transaction.  Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael    | 0.25      |
|            | ██████████████████████████████ | |
| 11/11/2010 | Soloveichik, Sarah    | 0.17      |
|            | ██████████████████████████████ | |
| 11/12/2010 | Ben-Jacob, Michael    | 0.33      |
|            | ██████████████████████████████ | |
| 11/17/2010 | Tuchman, L.           | 2.75      |
|            | ██████████████████████████████ | |
| 11/18/2010 | Ben-Jacob, Michael    | 0.33      |
|            | ██████████████████████████████ | |
| 11/18/2010 | Gartner, Gary J       | 1.00      |
|            | ██████████████████████ | |
| 11/18/2010 | Tuchman, L.           | 0.83      |
|            | ██████████████████████████████ | |
| 11/19/2010 | Ben-Jacob, Michael    | 0.17      |
|            | ██████████████████████████████ | |
| 11/19/2010 | Gartner, Gary J       | 1.83      |
|            | ██████████████████████████████ | |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    December 9, 2010

   **RE:** General                                            **Invoice#:** 653901
   **Our File Number:** 00647/0001                            **PAGE:**   2

===============================================================================



| Date | Name | Hours |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                              Total Hours................  27.67

              Fees through 11/30/2010...................................  $22,438.45


    *----------------------------------TIME AND FEE SUMMARY----------------------------------*
|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      December 9, 2010

RE: General                                                    **Invoice#:** 653901
**Our File Number:** 00647/0001                                **PAGE:**    3

===============================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010.............. | | 27.67 | $22,438.45 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................ | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice................................. | $22,438.45 | |
| Less Discount of................................. | (2,069.85) | |
| Adjusted Fees........................................................ | | $20,368.60 |
| Total Due this Invoice........................................ | | $20,368.60 |
| Prior Balance Due (from above).................................... | | 2,511.85 |
| **TOTAL DUE**.................................................... | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355030**

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    January 28, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 657645
**Our File Number:** 00647/0001                              **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | **Hours** |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
|  | Telephone conference regarding withholding issue and consideration of Code provision. |  |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
|  | Discussion with Louis Tuchman concerning foreign tax credit issues. |  |
| 12/01/2010 | Tuchman, L. | 2.17 |
|  | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ███████████████████ |  |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
|  | Received background information from Louis Tuchman. |  |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
|  | ██████████████████████████████ |  |
| 12/02/2010 | Gartner, Gary J | 1.08 |
|  | Consider issues regarding single stock future. |  |
| 12/02/2010 | Tuchman, L. | 0.25 |
|  | Office conference with M.B. Jacobs re: domain trading. |  |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
|  | ██████████████████████████████ |  |
| 12/03/2010 | Gartner, Gary J | 0.83 |
|  | ██████████████████████████████ |  |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     January 28, 2011

RE: General                                              Invoice#: 657645
Our File Number: 00647/0001                                  PAGE:   2

====================================================================

|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. | |
|------------|---|---|
| 12/03/2010 | Soloveichik, Sarah | 0.75 |
|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. | |
| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
|            | Call with Jerome re German tax refund/FTC questions ██████████ | |
| 12/06/2010 | Wells, Peter B | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
| 12/07/2010 | Wells, Peter B | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
| 12/08/2010 | Tuchman, L. | 1.25 |
| 12/08/2010 | Wells, Peter B | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
| 12/09/2010 | Wells, Peter B | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |

**KAYE SCHOLER LLP**

| | |
|---|---|
| TO:    Argre Management LLC | January 28, 2011 |

| | |
|---|---|
| RE: General | **Invoice#:** 657645 |
| **Our File Number:** 00647/0001 | **PAGE:**   3 |

═══════════════════════════════════════════════════════════

| | | |
|---|---|---|
| 12/21/2010 | Ben-Jacob, Michael | 0.50 |
| ████████████████████████ | | |
| 12/22/2010 | Ben-Jacob, Michael | 0.25 |
| █████████████████████████ | | |
| 12/28/2010 | Wells, Peter B | 1.17 |
| ███████████████████████████████████████ | | |
| 12/30/2010 | Wells, Peter B | 0.25 |
| ███████████████████ | | ---------- |

Total Hours................     30.42

Fees through 12/31/2010....................................     $18,780.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 7.83 | $5,363.55 |
| Gartner, Gary J | 930.00 | 3.66 | 3,403.80 |
| Scheine, Jeffrey D | 820.00 | 0.50 | 410.00 |
| Tuchman, L. | 870.00 | 3.67 | 3,192.90 |
| Soloveichik, Sarah | 290.00 | 3.25 | 942.50 |
| Wells, Peter B | 475.00 | 11.51 | 5,467.25 |
| Fees through 12/31/2010............... | | 30.42 | $18,780.00 |

| | |
|---|---|
| Fees this Invoice................................................... | $18,780.00 |
| Less Discount of................................................. | (3,780.00) |
| Adjusted Fees............................................................................. | $15,000.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355034**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                January 28, 2011

**RE:** General                                                **Invoice#:** 657645
**Our File Number:** 00647/0001                                     **PAGE:**    4

==============================================================================

**Total Due this Invoice**................................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    666 5th Avenue
    New York, New York 10103
    Attention: Yoannis Cepeda
    Telephone: 212.559.1980

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: Argre Management LLC
    Our File Number: 00647/0001
    Invoice Number: 657645
    Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355036**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                      March 15, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                          **PAGE:**    1

═══════════════════════════════════════════════════════════════════

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

═══════════════════════════════════════════════════════════════════

| | | Hours |
|---|---|---:|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
| | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
| | Call with John re ex-dividend transaction; related consideration of memo. | |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
| | Attention to memo. | |
| 02/04/2011 | Abramowitz, L. | 0.50 |
| | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
| | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
| | Review US/German Tax treaty and structuring memo. | |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
| | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | |
| 02/07/2011 | Tuchman, L. | 1.67 |
| | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | |
| 02/07/2011 | Woodard, A.F. | 0.17 |
| | Review of material re German investment. | |
| 02/07/2011 | Wells, Peter B | 1.25 |
| | ███████████████ | |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
| | Call with Matt, John and Jerome re ex-dividend transaction ███████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355037**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 15, 2011

RE: General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                              **PAGE:**    2

| | | | |
|---|---|---|---|
| 02/08/2011 | Tuchman, L. | | 3.25 |
| | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | | |
| 02/08/2011 | Woodard, A.F. | | 1.84 |
| | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | | |
| 02/08/2011 | Wells, Peter B | | 1.00 |
| | ████████████████████████████████████ | | |
| 02/09/2011 | Ben-Jacob, Michael | | 1.83 |
| | Calls with John re ex-dividend transaction; related conference call with London advisors. | | |
| 02/09/2011 | Tuchman, L. | | 2.17 |
| | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | | |
| 02/09/2011 | Woodard, A.F. | | 0.92 |
| | Conference call client; office conference L. Tuchman and review of material. | | |
| 02/09/2011 | Wells, Peter B | | 0.67 |
| | ████████████████████████████████████ | | |
| 02/09/2011 | Wells, Peter B | | 1.50 |
| | ████████████████████████████████████ | | |
| 02/10/2011 | Ben-Jacob, Michael | | 0.50 |
| | ████████████████████████████████████ | | |
| 02/10/2011 | Eichel, Steven R | | 0.54 |
| | ████████████████████████████████████ | | |
| 02/10/2011 | Wells, Peter B | | 1.50 |
| | ████████████████████████████████████ | | |
| 02/11/2011 | Ben-Jacob, Michael | | 0.75 |
| | ████████████████████████████████████ | | |
| 02/11/2011 | Eichel, Steven R | | 0.67 |
| | ████████████████████████████████████ | | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355038**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                      March 15, 2011

RE: General                                                             **Invoice#:** 663115
**Our File Number:** 00647/0001                                          **PAGE:**    3



| Date | Name | Hours |
|------|------|-------|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours.................  35.55

Fees through 02/28/2011.....................................  $24,855.40

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

Rate          Hours          Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355039**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 15, 2011

RE: General                                                   **Invoice#:** 663115
**Our File Number:** 00647/0001                                      **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice.................................................    $24,855.40
Less Discount of.................................................    (4,000.00)
Adjusted Fees.........................................................................    $20,855.40
**Total Due this Invoice...............................................................**    **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                      **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355041

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 9, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                   **Invoice#:** 676549
**Our File Number:** 00647/0001                   **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/12/2011 | Eichel, Steven R | 0.75 |
| 07/19/2011 | Tuchman, L. | 0.75 |
|  | Total Hours................ | 1.50 |
|  | Fees through 07/31/2011.................................... | $1,173.75 |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $875.00 | 0.75 | $656.25 |
| Eichel, Steven R | 690.00 | 0.75 | 517.50 |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| | |
|---|---|
| Transportation | $293.70 |
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011......................... | $319.95 |

| | |
|---|---|
| Fees this Invoice................................................................ | $1,173.75 |
| Costs this Invoice................................................................ | $319.95 |
| **Total Due this Invoice................................................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355043



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 12, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 679893
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|                                                                    | **Hours** |
|--------------------------------------------------------------------|-----------|
| 08/15/2011  Ben-Jacob, Michael                                     | 1.00      |
| 08/16/2011  Ben-Jacob, Michael                                     | 0.17      |
|                                                                    | ---------- |
| Total Hours................                                        | 1.17      |
| Fees through 08/31/2011...................................  $830.70 |           |

\*--------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Ben-Jacob, Michael | $710.00  | 1.17  | $830.70  |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 676549   | 08/09/2011 | $1,493.70  |
| Prior Balance Due.........................................................  | | $1,493.70 |

# KAYE SCHOLER LLP

TO:     Argre Management LLC                           September 12, 2011

**RE:** General                                        **Invoice#:** 679893

**Our File Number:** 00647/0001                     **PAGE:**    2

---

| | |
|---|---|
| Fees this Invoice............................................................ | $830.70 |
| Total Due this Invoice..................................................... | $830.70 |
| Prior Balance Due (from above).................................... | 1,493.70 |
| **TOTAL DUE...............................................................** | **$2,324.40** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355045**

# **K**AYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      October 11, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III


       **RE:** General                                  **Invoice#:** 682560
       **Our File Number:** 00647/0001                       **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                                  | Hours |
|------------|----------------------------------------------------------------------------------|-------|
| 09/12/2011 | Ben-Jacob, Michael                                                               | 0.42  |
|            | Call with Matt regarding pension structure for next ex-dividend deal.           |       |
| 09/12/2011 | Woodard, A.F.                                                                    | 1.75  |
|            | Office conference M. Ben-Jacob and research re proposed transaction.            |       |
| 09/13/2011 | Woodard, A.F.                                                                    | 3.17  |
|            | Office conference M. Ben-Jacob and research re proposed transaction.            |       |
| 09/14/2011 | Woodard, A.F.                                                                    | 4.00  |
|            | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. |       |
| 09/15/2011 | Ben-Jacob, Michael                                                               | 1.25  |
|            | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. |       |
| 09/15/2011 | Woodard, A.F.                                                                    | 2.17  |
|            | Office conference M. Ben-Jacob and review of material re UBTI and other issues. |       |
| 09/16/2011 | Woodard, A.F.                                                                    | 0.83  |
|            | Review of material re UBTI and other issues.                                    |       |
| 09/20/2011 | Woodard, A.F.                                                                    | 0.25  |
|            | Telephone conference L. Tuchman re UBTI.                                         |       |
| 09/21/2011 | Woodard, A.F.                                                                    | 1.42  |
|            | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. |       |
| 09/22/2011 | Woodard, A.F.                                                                    | 0.42  |

KAYE SCHOLER LLP

TO:    Argre Management LLC

October 11, 2011

RE: General

Invoice#: 682560

Our File Number: 00647/0001

PAGE:    2

═══════════════════════════════════════════════════════════

| Date | Name | | Hours |
|------|------|---|------|
| 09/23/2011 | Woodard, A.F. | ▓▓▓▓▓▓ | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | ▓▓▓▓▓▓ | 0.17 |
| 09/28/2011 | Veillette, Rebecca | ▓▓▓▓▓▓ | 2.25 |
| 09/29/2011 | Veillette, Rebecca | ▓▓▓▓▓▓ | 0.25 |
| 09/30/2011 | Veillette, Rebecca | ▓▓▓▓▓▓ | 1.08 |

Total Hours................. 19.93

Fees through 09/30/2011.................................... $13,970.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|------|------|-------|------|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

\*------------------------COSTS ADVANCED THROUGH 09/30/2011------------------------\*

| | |
|------|------|
| Corp. Filings & Searches | $661.75 |
| Total Costs through 09/30/2011......................... | $661.75 |

Fees this Invoice........................................................... $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355048**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

   **RE:** General                                        **Invoice#:** 682560
   **Our File Number:** 00647/0001                      **PAGE:**    3

Costs this Invoice...........................................................................    $661.75
**Total Due this Invoice**.................................................................    **$14,632.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                               November 14, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

RE: General                                          **Invoice#:** 685991
**Our File Number:** 00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|  |  | Hours |
|---|---|---|
| 10/03/2011 | Ben-Jacob, Michael | 0.08 |
| 10/03/2011 | Eichel, Steven R | 1.83 |
| 10/04/2011 | Veillette, Rebecca | 0.33 |
| 10/05/2011 | Eichel, Steven R | 0.67 |
| 10/05/2011 | Veillette, Rebecca | 0.42 |
| 10/10/2011 | Ben-Jacob, Michael | 0.17 |
|  | Conference with Woody regarding pension/ex-dividend strategy. | |
| 10/10/2011 | Woodard, A.F. | 0.25 |
|  | Office conference M. Ben-Jacob and review of material. | |
| 10/12/2011 | Ben-Jacob, Michael | 0.50 |
| 10/12/2011 | Woodard, A.F. | 0.50 |
|  | Review of material. | |
| 10/13/2011 | Woodard, A.F. | 1.50 |
|  | Review of material re proposed transaction. | |
| 10/17/2011 | Briggs, Lindsey V | 0.33 |
| 10/18/2011 | Ben-Jacob, Michael | 1.08 |
|  | Attention to ex-dividend strategy; related conference with Woody. | |
| 10/19/2011 | Ben-Jacob, Michael | 0.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355051**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    November 14, 2011

RE: General                                                   Invoice#: 685991
Our File Number: 00647/0001                                   PAGE:    2

═══════════════════════════════════════════════════════════════════════════════

Call with Matt, Jerome and Woody regarding pension - ex dividend
planning.
10/19/2011   Woodard, A.F.                                                1.25
             ███████████████████████████████████████████████;
             conference call M. Ben-Jacob and client re proposed investment.
                                                              ───────────
                                      Total Hours.................    9.41
             Fees through 10/31/2011...................................    $6,535.85


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                Rate          Hours          Fees
Ben-Jacob, Michael            $710.00         2.33        $1,654.30
Woodard, A.F.                  800.00         3.50         2,800.00
Eichel, Steven R               690.00         2.50         1,725.00
Briggs, Lindsey V              410.00         0.33           135.30
Veillette, Rebecca             295.00         0.75           221.25
                                           ─────────     ───────────
             Fees through 10/31/2011...............     9.41        $6,535.85


             Fees this Invoice..........................................................    $6,535.85
             **Total Due this Invoice..............................................**    **$6,535.85**

             **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355053



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                December 12, 2011
       40 West 57th Street
       New York, New York  10019

**RE:** General                     **Invoice#:** 688474
**Our File Number:** 00647/0001            **PAGE:**   1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|  |  | Hours |
|---|---|---|
| 11/08/2011 | Tuchman, L. | 1.25 |
|  | Telephone conference with M. Stein; research re: proposed structure. |  |
| 11/09/2011 | Tuchman, L. | 0.75 |
|  | Research and telephone conference with M. Stein. |  |
| 11/10/2011 | Ben-Jacob, Michael | 0.25 |
|  | Call with Matt and Jerome regarding potential planning. |  |

Total Hours.................  2.25

Fees through 11/30/2011....................................  $1,927.50

\*--------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 0.25 | $177.50 |
| Tuchman, L. | 875.00 | 2.00 | 1,750.00 |
| Fees through 11/30/2011............... |  | 2.25 | $1,927.50 |

\*------------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------\*

Corp. Filings & Searches           $224.25

Total Costs through 11/30/2011.........................  $224.25

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 685991 | 11/14/2011 | $6,535.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**       **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    December 12, 2011

**RE:** General                                               **Invoice#:** 688474
**Our File Number:** 00647/0001                                **PAGE:**    2

---

Prior Balance Due...........................................................................    $6,535.85


Fees this Invoice..........................................................................    $1,927.50
Costs this Invoice..........................................................................     $224.25
Total Due this Invoice..................................................................    $2,151.75
Prior Balance Due (from above)..................................................    6,535.85
**TOTAL DUE**...............................................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 31, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                        **Invoice#:** 696544
**Our File Number:**00647/0001                              **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                       | **Hours** |
| ---------- | --------------------- | --------: |
| 12/07/2011 | Veillette, Rebecca    |      1.00 |
| 12/08/2011 | Veillette, Rebecca    |      1.00 |
| 12/20/2011 | Ben-Jacob, Michael    |      0.75 |
| 12/20/2011 | Briggs, Lindsey V     |      0.25 |
| 12/21/2011 | Briggs, Lindsey V     |      0.42 |
| 12/21/2011 | Veillette, Rebecca    |      0.50 |
| 12/22/2011 | Veillette, Rebecca    |      0.50 |
| 02/02/2012 | Ben-Jacob, Michael    |      0.17 |
| 02/22/2012 | Ben-Jacob, Michael    |      0.25 |
| 02/23/2012 | Ben-Jacob, Michael    |      0.33 |
| 02/23/2012 | Stromberg, Thomas     |      1.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 31, 2012

RE: General                                                   Invoice#: 696544
Our File Number: 00647/0001                                   PAGE:    2

═══════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| 02/23/2012 | Sluder, Elizabeth C | █████████████ | 0.92 |
| 02/24/2012 | Stromberg, Thomas | █████████████ | 0.50 |
| 02/27/2012 | Stromberg, Thomas | █████████████ | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | █████████████ | 4.58 |
| 02/28/2012 | Stromberg, Thomas | █████████████ | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | █████████████ | 1.17 |
| 03/05/2012 | Wells, Peter B | █████████████ | 2.25 |
| 03/06/2012 | Wells, Peter B | █████████████ | 1.00 |
| 03/15/2012 | Wells, Peter B | ████████████ Work on issues related to due diligence for IRAs. | 5.00 |

                                    Total Hours.................    24.34

        Fees through 03/31/2012....................................    $14,797.45

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355058

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                     March 31, 2012

RE: General                                                         **Invoice#:** 696544
**Our File Number:** 00647/0001                                      **PAGE:**    3

═══════════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)    rate changed during the timespan of the bill

```
*-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*
```

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice................................................................ | $14,797.45 |
| Costs this Invoice.............................................................. | $449.09 |
| **Total Due this Invoice..............................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355060



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 14, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                      **Invoice#:** 702756
**Our File Number:** 00647/0001                      **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

|  |  | **Hours** |
|---|---|---|
| 04/05/2012 | Ben-Jacob, Michael | 0.92 |
| 04/24/2012 | Ben-Jacob, Michael | 1.00 |
|  | Total Hours | 1.92 |
|  | Fees through 04/30/2012 | $1,401.60 |

*----------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.92 | $1,401.60 |
| Fees through 04/30/2012 |  | 1.92 | $1,401.60 |

*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*

| Messengers/Courier | $26.25 |
|---|---|
| Filing Fees/Court Fees | 105.00 |
| Total Costs through 04/30/2012 | $131.25 |

| Fees this Invoice | $1,401.60 |
|---|---|
| Costs this Invoice | $131.25 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                        May 14, 2012

**RE:** General                                                   **Invoice#:** 702756
**Our File Number:** 00647/0001                                   **PAGE:**    2

===============================================================================

                                                          _____

**Total Due this Invoice**................................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355063



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              June 18, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                    **Invoice#:** 705166
**Our File Number:**00647/0001                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2012

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 05/03/2012 | Ben-Jacob, Michael | 1.58      |
| 05/04/2012 | Ben-Jacob, Michael | 1.67      |

Total Hours................  3.25

Fees through 05/31/2012...................................  $2,372.50


*----------------------------------TIME AND FEE SUMMARY---------------------------------*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Ben-Jacob, Michael | $730.00  | 3.25  | $2,372.50 |
| Fees through 05/31/2012............... | | 3.25 | $2,372.50 |


*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------*

| Transportation    | $11.00 |
|-------------------|--------|
| Messengers/Courier | 34.06 |

Total Costs through 05/31/2012.........................  $45.06


*----------------------------------OUTSTANDING BALANCE----------------------------------*

| **Invoice#** | **Date**   | **Amount** |
|--------------|------------|------------|
| 702756       | 05/14/2012 | $1,532.85  |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                        June 18, 2012

**RE:** General                                              **Invoice#:** 705166
**Our File Number:** 00647/0001                                 **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════

Prior Balance Due.........................................................   $1,532.85


Fees this Invoice.........................................................   $2,372.50
Costs this Invoice........................................................     $45.06
Total Due this Invoice....................................................   $2,417.56
Prior Balance Due (from above)............................................    1,532.85
**TOTAL DUE**.............................................................   **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**             **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER           WH_MDL_00355066



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                               **Invoice#:** 708329
**Our File Number:** 00647/0001                                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

|  |  | **Hours** |
|---|---|---:|
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

Total Hours.................  3.66

Fees through 06/30/2012...................................  $1,371.15

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                                July 17, 2012

**RE:** General                                                    **Invoice#:** 708329
**Our File Number:** 00647/0001                                    **PAGE:**   2

=================================================================================

Fees through 06/30/2012...............        3.66        $1,371.15


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due.................................................... | | $3,950.41 |


| | |
|---|---|
| Fees this Invoice.................................................... | $1,371.15 |
| Total Due this Invoice.......................................... | $1,371.15 |
| Prior Balance Due (from above)............................... | 3,950.41 |
| **TOTAL DUE**................................................... | **$5,321.56** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                              August 16, 2012
      40 West 57th Street
      New York, New York 10019

**RE:** General                                        **Invoice#:** 711502
**Our File Number:** 00647/0001                        **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

|  |  | **Hours** |
|---|---|---|
| 07/25/2012 | Veillette, Rebecca | 0.33 |
|  | ██████████████████████ |  |
| 07/30/2012 | Veillette, Rebecca | 1.00 |
|  | Attention to forming Rajan Investments LLC. |  |

Total Hours................. 1.33

Fees through 07/31/2012.................................... $392.35

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $295.00 | 1.33 | $392.35 |
| Fees through 07/31/2012.............. | | 1.33 | $392.35 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 708329 | 07/17/2012 | $1,371.15 |
| Prior Balance Due.................................................................... | | $1,371.15 |

Fees this Invoice.......................................................................... $392.35

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                        August 16, 2012

    **RE:** General                                                    **Invoice#:** 711502
    **Our File Number:** 00647/0001                                    **PAGE:**    2

---

Total Due this Invoice................................................................. $392.35

Prior Balance Due (from above)................................................. 1,371.15

**TOTAL DUE**......................................................................... **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355072



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    September 13, 2012
40 West 57th Street
New York, New York  10019


**RE:** General                                                    **Invoice#:** 713751
**Our File Number:**00647/0001                                    **PAGE:**    1

═══════════════════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 08/31/2012

═══════════════════════════════════════════════════════════════


|  |  | **Hours** |
|---|---|---|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| | ████████████████ | |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| | ████████████████ | |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| | ████████████████ | |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
| | Rajan Investments - operating agreement. | |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| | ████████████████ | |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |
| | ████████████████ | |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355073**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    September 13, 2012

    **RE:** General                                                        **Invoice#:** 713751
    **Our File Number:** 00647/0001                              **PAGE:**    2

Fees this Invoice.................................................................    $1,114.50

**Total Due this Invoice...................................................**    **$1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 20, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                          **Invoice#:** 720986
**Our File Number:** 00647/0001                              **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

| | | Hours |
|---|---|---|
| 09/27/2012 | Ben-Jacob, Michael | 0.08 |
| 09/28/2012 | Ben-Jacob, Michael | 1.42 |
| 09/29/2012 | Ben-Jacob, Michael | 0.17 |
| 10/07/2012 | Ben-Jacob, Michael | 0.17 |
| 10/11/2012 | Wittenberg, Daniella T | 0.33 |
| 10/16/2012 | Veillette, Rebecca | 0.25 |
| 10/17/2012 | Wells, Peter B | 0.75 |
| 10/17/2012 | Veillette, Rebecca | 0.50 |
| 10/24/2012 | Veillette, Rebecca | 1.25 |
| 10/25/2012 | Wells, Peter B | 1.00 |
| 10/25/2012 | Veillette, Rebecca | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355076**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    November 20, 2012

RE: General                                                   **Invoice#:** 720986
**Our File Number:** 00647/0001                               **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

10/26/2012  Veillette, Rebecca                                                0.50

                                                                     ----------
                                          Total Hours................    7.92
              Fees through 10/31/2012...................................    $3,804.90


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate        Hours         Fees
Ben-Jacob, Michael          $730.00        1.84      $1,343.20
Wells, Peter B               640.00        1.75       1,120.00
Wittenberg, Daniella T       490.00        0.33         161.70
Veillette, Rebecca           295.00        4.00       1,180.00
                                        _____  _____
            Fees through 10/31/2012...............    7.92      $3,804.90

*----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------*
           Corp. Filings & Searches                      $2,633.00
           Conference & Legal Staff/Travel Working Meals      27.57
                                                     -------------------
           Total Costs through 10/31/2012.........      $2,660.57


           Fees this Invoice.........................................      $3,804.90
           Costs this Invoice........................................      $2,660.57
                                                                     _____
           **Total Due this Invoice..............................................      $6,465.47**

           **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

December 10, 2012

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 722890
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

| | | Hours |
|---|---|---|
| 11/01/2012 | Wells, Peter B | 1.42 |
| 11/05/2012 | Wells, Peter B | 1.50 |
| 11/07/2012 | Gartner, Gary J | 1.50 |
| 11/08/2012 | Gartner, Gary J | 0.83 |
| 11/08/2012 | Veillette, Rebecca | 1.33 |
| 11/09/2012 | Gartner, Gary J | 0.67 |
| 11/12/2012 | Ben-Jacob, Michael | 0.08 |
| 11/14/2012 | Gartner, Gary J | 1.08 |
| 11/15/2012 | Ben-Jacob, Michael | 0.08 |
| 11/15/2012 | Gartner, Gary J<br>Telephone conference with client and review proposed regs. | 1.17 |
| 11/16/2012 | Gartner, Gary J<br>Consider proposed regs regarding trade. | 1.17 |
| 11/19/2012 | Gartner, Gary J<br>Update thinking regarding proposed regulations. | 0.50 |
| 11/21/2012 | Gartner, Gary J<br>Consider further issues regarding proposed regs and trade. | 0.75 |
| 11/28/2012 | Gartner, Gary J<br>Consider issues under proposed regs and trade. | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:   Argre Management LLC                                      December 10, 2012

RE: General                                                    Invoice#: 722890
Our File Number: 00647/0001                                    PAGE:   2

11/29/2012  Gartner, Gary J                                                1.17
            Review of authorities on possible trade.
                                            Total Hours................  14.75
            Fees through 11/30/2012....................    $12,924.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*
|                      | Rate       | Hours  | Fees        |
|----------------------|-----------:|-------:|------------:|
| Ben-Jacob, Michael   | $730.00    | 0.16   | $116.80     |
| Gartner, Gary J      | 1,020.00   | 10.34  | 10,546.80   |
| Wells, Peter B       | 640.00     | 2.92   | 1,868.80    |
| Veillette, Rebecca   | 295.00     | 1.33   | 392.35      |
| Fees through 11/30/2012 |         | 14.75  | $12,924.75  |

\*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*
Transportation                                             $84.81
            Total Costs through 11/30/2012.........................    $84.81

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*
| Invoice# | Date       | Amount     |
|----------|------------|-----------:|
| 720986   | 11/20/2012 | $6,465.47  |
| Prior Balance Due |     | $6,465.47 |

Fees this Invoice.................................................    $12,924.75
Costs this Invoice................................................    $84.81
Total Due this Invoice.............................................    $13,009.56
Prior Balance Due (from above)....................................    6,465.47
**TOTAL DUE**.....................................................    **$19,475.03**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355080**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: Argre Management LLC
    Our File Number: 00647/0001
    Invoice Number: 722890
    Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

    WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 727062
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

| | | **Hours** |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| 12/05/2012 | Wells, Peter B | 1.75 |
| | Total Hours................ | 3.75 |
| | Fees through 12/31/2012.................................. | $2,400.00 |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | | |
|---|---|---|
| Fees this Invoice.......................................................... | | $2,400.00 |
| **Total Due this Invoice............................................** | | **$2,400.00** |

**Please remit payment within thirty (30) days.**

# **K**AYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    February 21, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                             **Invoice#:** 728997
**Our File Number:**00647/0001                              **PAGE:**    1

===================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

===================================================================

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 01/22/2013 | Veillette, Rebecca   | 0.50      |
| 01/24/2013 | Tuchman, L.          | 1.00      |
| 01/25/2013 | Tuchman, L.          | 2.50      |
| 01/28/2013 | Tuchman, L.          | 2.75      |
| 01/28/2013 | Veillette, Rebecca   | 1.08      |

Total Hours................  7.83

Fees through 01/31/2013...................................  $6,231.90

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Tuchman, L.        | $920.00  | 6.25  | $5,750.00  |
| Veillette, Rebecca | 305.00   | 1.58  | 481.90     |
| Fees through 01/31/2013............... | | 7.83 | $6,231.90 |

*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*

Reporters/Transcripts Fee                                  $99.00
Total Costs through 01/31/2013........................     $99.00

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 727062   | 01/29/2013 | $2,400.00  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355084**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                February 21, 2013

**RE:** General                                            **Invoice#:** 728997
**Our File Number:** 00647/0001                            **PAGE:**    2

---

Prior Balance Due...................................................................     $2,400.00

Fees this Invoice...................................................................     $6,231.90
Costs this Invoice...................................................................     $99.00
Total Due this Invoice...................................................................     $6,330.90
Prior Balance Due (from above)...................................................     2,400.00
**TOTAL DUE**...................................................................     **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355086



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

March 25, 2013

**RE:** General                                 **Invoice#:** 731658
**Our File Number:**00647/0001             **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

|  |  | **Hours** |
|---|---|---|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |
|  | Total Hours................. | 1.58 |
|  | Fees through 02/28/2013..................................... | $481.90 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................................ | | $6,330.90 |

| Fees this Invoice.................................................................... | $481.90 |
|---|---|
| Total Due this Invoice............................................................ | $481.90 |
| Prior Balance Due (from above)................................................. | 6,330.90 |
| **TOTAL DUE................................................................................** | **$6,812.80** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER         **WH_MDL_00355087**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER      WH_MDL_00355088



**KAYE** | **SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                      April 22, 2013
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

**RE:** General                                                  **Invoice#:** 734523
**Our File Number:**00647/0001                                   **PAGE:**     1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 03/31/2013

---

|            |                  | **Hours** |
|------------|------------------|----------:|
| 03/04/2013 | Tuchman, L.      | 1.42 |
| 03/05/2013 | Tuchman, L.      | 1.75 |
| 03/06/2013 | Tuchman, L.      | 1.75 |
| 03/07/2013 | Tuchman, L.      | 1.00 |
| 03/07/2013 | Benson, Gregg M  | 4.00 |
| 03/08/2013 | Tuchman, L.      | 1.25 |
| 03/08/2013 | Benson, Gregg M  | 2.25 |
| 03/11/2013 | Tuchman, L.      | 1.75 |
| 03/13/2013 | Tuchman, L.      | 1.00 |
| 03/13/2013 | Benson, Gregg M  | 1.50 |
| 03/18/2013 | Schneider, W.H.  | 0.25 |
| 03/18/2013 | Snider, Vassa G  | 0.92 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355089**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                             April 22, 2013

RE: General                                                    **Invoice#:** 734523
**Our File Number:** 00647/0001                                    **PAGE:**    2

===============================================================================

███████████████████████████████████████████████

03/19/2013  Snider, Vassa G                                              0.42
███████████████████████████
03/20/2013  Veillette, Rebecca                                           0.33
            Attention to Bernina LLC documentation.
                                                                   _____
                                        Total Hours.................     19.59
                        Fees through 03/31/2013...................   $15,301.05


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*
                                Rate         Hours          Fees
Schneider, W.H.               $925.00         0.25        $231.25
Tuchman, L.                    920.00         9.92       9,126.40
Benson, Gregg M                715.00         7.75       5,541.25
Snider, Vassa G                225.00         1.34         301.50
Veillette, Rebecca             305.00         0.33         100.65
                Fees through 03/31/2013...............    19.59    $15,301.05

    \*-----------------------COSTS ADVANCED THROUGH 03/31/2013-----------------------\*
        Filing Fees/Court Fees                             $125.00
            Total Costs through 03/31/2013........................   $125.00

    \*---------------------------------OUTSTANDING BALANCE---------------------------------\*
        **Invoice#**            **Date**                      **Amount**
        731658              03/25/2013                       $481.90
        Prior Balance Due.......................................................   $481.90


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355090**

**KAYE** | **SCHOLER** LLP

TO:   Argre Management LLC                                    April 22, 2013

**RE:** General                                        **Invoice#:** 734523
**Our File Number:** 00647/0001                               **PAGE:**   3

================================================================

Fees this Invoice...............................................................   $15,301.05
Costs this Invoice.............................................................      $125.00
Total Due this Invoice.......................................................   $15,426.05
Prior Balance Due (from above).......................................       481.90
**TOTAL DUE**...................................................................   **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355092



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    May 22, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                        **Invoice#:** 737633
**Our File Number:**00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|  |  | Hours |
|---|---|---:|
| 04/08/2013 | Ben-Jacob, Michael | 1.00 |
| 04/08/2013 | Schneider, W.H. | 0.50 |
| 04/09/2013 | Ben-Jacob, Michael | 0.25 |
| 04/09/2013 | Schneider, W.H. | 0.75 |
| 04/09/2013 | Benson, Gregg M | 0.50 |
| 04/10/2013 | Ben-Jacob, Michael | 0.75 |
| 04/10/2013 | Schneider, W.H. | 0.50 |
| 04/11/2013 | Benson, Gregg M | 1.50 |
| 04/12/2013 | Schneider, W.H. | 0.50 |
| 04/15/2013 | Ben-Jacob, Michael | 0.67 |
| 04/15/2013 | Schneider, W.H. | 0.25 |
| 04/15/2013 | Benson, Gregg M | 2.17 |
| 04/16/2013 | Schneider, W.H. | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355093**

Image Not Available

TO:    Argre Management LLC                                    May 22, 2013

**RE:** General                                          **Invoice#:** 737633
**Our File Number:** 00647/0001                          **PAGE:**   2



| Date | Name | Hours |
|------|------|------|
| 04/16/2013 | Benson, Gregg M | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | 0.42 |
| 04/17/2013 | Schneider, W.H. | 1.00 |
| 04/17/2013 | Benson, Gregg M | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | 0.17 |

Total Hours................. 14.93

Fees through 04/30/2013....................................    $11,602.85

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|------|------|------|------|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |

Fees this Invoice........................................................    $11,602.85
**Total Due this Invoice................................................**    **$11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355094**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                           August 26, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                                      **Invoice#:** 745613
**Our File Number:** 00647/0001                                      **PAGE:**    1

===============================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013
===============================================================================

|                                                              | **Hours** |
|--------------------------------------------------------------|----------:|
| 07/01/2013  Veillette, Rebecca                               | 0.42 |
| ███████████████████                                          |      |
| 07/22/2013  Veillette, Rebecca                               | 1.00 |
| ██████████████████████████████████████                      |      |
| 07/25/2013  Veillette, Rebecca                               | 0.50 |
| ████████████████████████                                     |      |
| 07/29/2013  Veillette, Rebecca                               | 0.42 |
| ███████████████████                                          |      |

Total Hours................ 2.34

Fees through 07/31/2013................................... $713.70


```
*---------------------------------TIME AND FEE SUMMARY---------------------------------*
```

|                        | Rate     | Hours | Fees     |
|------------------------|----------|-------|----------|
| Veillette, Rebecca     | $305.00  | 2.34  | $713.70  |
| Fees through 07/31/2013.............. | | 2.34 | $713.70 |


Fees this Invoice.......................................................... $713.70

**Total Due this Invoice.............................................** **$713.70**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355097



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                               **Invoice#:** 747225
**Our File Number:** 00647/0001                               **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 08/31/2013

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 08/09/2013 | Ben-Jacob, Michael    | 0.50 |
| ██████████████████████████████ | | |
| 08/12/2013 | Sausen, David         | 1.00 |
| Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | | |
| ████████████████████ | | |
| 08/15/2013 | Veillette, Rebecca    | 1.50 |
| ██████████████████ | | |
| 08/16/2013 | Sausen, David         | 0.50 |
| ████████████████ Telephone conference with M. Ben-Jaocb. ████ | | |
| 08/21/2013 | Veillette, Rebecca    | 1.25 |
| ██████████████ | | |
| 08/26/2013 | Ben-Jacob, Michael    | 1.00 |
| ████████████████████ | | |
| 08/26/2013 | Sausen, David         | 1.50 |
| Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ████████████ | | |
| 08/27/2013 | Veillette, Rebecca    | 1.25 |
| ████████████████ | | |

Total Hours................. 8.50

Fees through 08/31/2013.................................... $4,542.50

*----------------------------------TIME AND FEE SUMMARY--------------------------------*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                          September 10, 2013

RE: General                                                         **Invoice#:** 747225
**Our File Number:** 00647/0001                                       **PAGE:**    2

===================================================================================

|                        | Rate      | Hours | Fees       |
|------------------------|-----------|-------|------------|
| Ben-Jacob, Michael     | $755.00   | 1.50  | $1,132.50  |
| Sausen, David          | 730.00    | 3.00  | 2,190.00   |
| Veillette, Rebecca     | 305.00    | 4.00  | 1,220.00   |
| Fees through 08/31/2013............... |  | 8.50  | $4,542.50  |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 745613   | 08/26/2013 | $713.70 |
| Prior Balance Due........................................................... | | $713.70 |

Fees this Invoice...............................................................    $4,542.50
Total Due this Invoice.......................................................    $4,542.50
Prior Balance Due (from above)..............................................    713.70
**TOTAL DUE...................................................................**    **$5,256.20**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355099**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 7, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                        **Invoice#:** 749882
**Our File Number:**00647/0001                            **PAGE:**    1

====================================================================

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

====================================================================

|  |  | **Hours** |
|---|---|---:|
| 09/10/2013 | Sausen, David | 0.50 |
|  | Emails with A. Larosa re: ex-dividend transaction. |  |
| 09/10/2013 | Veillette, Rebecca | 1.50 |
| 09/11/2013 | Veillette, Rebecca | 1.08 |
| 09/30/2013 | Ben-Jacob, Michael | 0.33 |

Total Hours................. 3.41

Fees through 09/30/2013.................................... $1,401.05

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $755.00 | 0.33 | $249.15 |
| Sausen, David | 730.00 | 0.50 | 365.00 |
| Veillette, Rebecca | 305.00 | 2.58 | 786.90 |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |

Fees this Invoice.......................................................................... $1,401.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355101**

KAYE│SCHOLER LLP

TO:   Argre Management LLC                            October 7, 2013

**RE:** General                                   **Invoice#:** 749882

**Our File Number:** 00647/0001             **PAGE:**   2

---

**Total Due this Invoice**................................................................   **$1,401.05**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           **WH_MDL_00355102**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 749882
      Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355103



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          November 15, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com


**RE:** General                                                     **Invoice#:** 754424
**Our File Number:**00647/0001                                      **PAGE:**    1

═══════════════════════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

═══════════════════════════════════════════════════════════════════

|  |  | **Hours** |
|---|---|---:|
| 10/06/2013 | Sausen, David | 3.00 |
|  | Tax research. Prepared email to client re: ex-dividend transaction. | |
| 10/08/2013 | Sausen, David | 1.25 |
|  | ▮▮▮▮▮▮▮▮▮▮▮▮ Revised email to client re: ex-dividend transaction. | |
| 10/09/2013 | Abramowitz, L. | 0.75 |
|  | ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 10/09/2013 | Sausen, David | 1.00 |
|  | ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 10/10/2013 | Sausen, David | 1.00 |
|  | Discussions with G. Gartner and M. Ben-Jacob. Revised email to client. Email to M. Stein re: ex-dividend transaction. | |

Total Hours................ 7.00

Fees through 10/31/2013................................... $5,245.00


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355104**

**KAYE**|**SCHOLER** LLP

TO:    Argre Management LLC                                November 15, 2013

**RE:** General                                        **Invoice#:** 754424
**Our File Number:** 00647/0001                          **PAGE:**    2

===============================================================================

Consultants/Experts                              $1,100.00
                                               --------------------
Total Costs through 10/31/2013.........................    $1,100.00


Fees this Invoice...........................................................    $5,245.00
Costs this Invoice..........................................................    $1,100.00
                                                       _____
**Total Due this Invoice............................................**    **$6,345.00**


**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                               **Invoice#:** 756477
**Our File Number:**00647/0001                                **PAGE:**    1

=====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2013

=====================================================================

    *-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------*
       Consultants/Experts                              $3,000.00
                                                     -------------------
          Total Costs through 11/30/2013........................  $3,000.00


       Costs this Invoice...........................................................  $3,000.00
       **Total Due this Invoice............................................**  **$3,000.00**

              **Please remit payment within thirty (30) days.**

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER             WH_MDL_00355108



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    January 13, 2014
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

**RE:** General                                        **Invoice#:** 760179
**Our File Number:** 00647/0001                              **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 12/11/2013 | Sausen, David       | 0.75      |
| 12/12/2013 | Sausen, David       | 0.25      |
| 12/16/2013 | Ben-Jacob, Michael  | 0.25      |
| 12/17/2013 | Sausen, David       | 0.50      |

                                    Total Hours................. 1.75

        Fees through 12/31/2013.................................... $1,283.75


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $755.00  | 0.25  | $188.75   |
| Sausen, David       | 730.00   | 1.50  | 1,095.00  |
|                     | Fees through 12/31/2013............... | 1.75 | $1,283.75 |


        Fees this Invoice.............................................................. $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355109**

**KAYE**|**SCHOLER** LLP

TO:    Argre Management LLC                                      January 13, 2014

**RE:** General                                          **Invoice#:** 760179
**Our File Number:** 00647/0001                              **PAGE:**    2

================================================================

**Total Due this Invoice**................................................................    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355110**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355111



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

February 20, 2014

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 762871
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  | **Hours** |
|---|---|
| 01/29/2014  Veillette, Rebecca | 0.33 |
| ████████████████████ |  |
| Total Hours.................. | 0.33 |
| Fees through 01/31/2014.................................. | $103.95 |

\*----------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |

| | |
|---|---|
| Fees this Invoice.......................................................................... | $103.95 |
| **Total Due this Invoice................................................................** | **$103.95** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    July 22, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

      **RE:** General                                    **Invoice#:** 775031
      **Our File Number:**00647/0001                     **PAGE:**   1

===========================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

===========================================================================

|            |                                                                      | **Hours** |
|------------|----------------------------------------------------------------------|-----------|
| 06/13/2014 | Sausen, David                                                        | 1.25      |
|            | Telephone conference with Matt and John re: UBTI issues.  Tax research. Telephone conference and emails with G. Weinkam. | |
| 06/17/2014 | Zwick, Mary L                                                        | 0.50      |
| 06/26/2014 | Culhane, Stephen                                                    | 0.33      |
| 06/30/2014 | Culhane, Stephen                                                    | 0.25      |

                                          Total Hours................  2.33

               Fees through 06/30/2014....................  $1,815.30


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Culhane, Stephen   | $910.00  | 0.58  | $527.80   |
| Sausen, David      | 760.00   | 1.25  | 950.00    |
| Zwick, Mary L      | 675.00   | 0.50  | 337.50    |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |


Fees this Invoice..........................................................  $1,815.30

**Total Due this Invoice..............................................  $1,815.30**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355114**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355115



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                                      August 25, 2014
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                                                    **Invoice#:** 777180
**Our File Number:**00647/0001                                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2014

|  |  | **Hours** |
|---|---|---:|
| 07/02/2014 | Culhane, Stephen | 0.33 |
|  | Advisers Act issues with P Wells. |  |
| 07/08/2014 | Culhane, Stephen | 0.67 |
|  | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |  |
| 07/09/2014 | Culhane, Stephen | 0.50 |
|  | Telcon with Matt Stein. |  |
| 07/10/2014 | Culhane, Stephen | 0.33 |
|  | Conference with M Ben-Jacob. |  |

Total Hours.................  1.83

Fees through 07/31/2014....................................  $1,665.30

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 1.83 | $1,665.30 |
| Fees through 07/31/2014............... | | 1.83 | $1,665.30 |

Fees this Invoice.........................................................................  $1,665.30
**Total Due this Invoice...............................................................**  **$1,665.30**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355116**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 777180
      Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com

September 24, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 780144
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

| | | Hours |
|---|---|---|
| 08/22/2014 | Golub, Elizabeth | 0.33 |
| 08/26/2014 | Golub, Elizabeth | 0.33 |
| 08/28/2014 | Ben-Jacob, Michael | 0.17 |
| 08/28/2014 | Wells, Peter B | 4.00 |
| 08/29/2014 | Wells, Peter B | 1.67 |
| | Total Hours................. | 6.50 |
| | Fees through 08/31/2014.................................... | $4,258.90 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 0.17 | $133.45 |
| Wells, Peter B | 695.00 | 5.67 | 3,940.65 |
| Golub, Elizabeth | 280.00 | 0.66 | 184.80 |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

| | |
|---|---|
| Corp. Filings & Searches | $484.50 |
| Total Costs through 08/31/2014......................... | $484.50 |

**KAYE** | **SCHOLER** LLP

TO:   Argre Management LLC                                    September 24, 2014

**RE:** General                                              **Invoice#:** 780144
**Our File Number:** 00647/0001                              **PAGE:**   2

========================================================================

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due.......................................................................... | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice............................................................................ | $4,258.90 |
| Costs this Invoice........................................................................... | $484.50 |
| Total Due this Invoice.................................................................... | $4,743.40 |
| Prior Balance Due (from above).................................................... | 1,665.30 |
| **TOTAL DUE**.............................................................................. | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 780144
      Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355120



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com

November 14, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 783712
**PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

|  |  | Hours |
|---|---|---|
| 08/12/2014 | Ben-Jacob, Michael | 0.42 |
| 09/04/2014 | Ben-Jacob, Michael | 0.50 |
| 09/09/2014 | Ben-Jacob, Michael | 0.50 |
| 09/11/2014 | Ben-Jacob, Michael | 0.75 |
| 09/22/2014 | Ben-Jacob, Michael | 1.50 |
| 09/22/2014 | Wells, Peter B | 1.58 |
|  | Call with group re general plan issues. |  |
| 09/25/2014 | Wells, Peter B | 1.50 |
| 09/29/2014 | Ben-Jacob, Michael | 0.50 |
|  | Conference with Peter re: structuring dissolution of plans and payments to Adam. |  |
| 09/29/2014 | Wells, Peter B | 2.50 |
| 09/30/2014 | Wells, Peter B | 2.17 |
| 10/01/2014 | Wells, Peter B | 0.75 |
| 10/09/2014 | Wells, Peter B | 0.83 |
|  | Work on issues related to new plans. |  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**KAYE | SCHOLER** LLP

TO:   Argre Management LLC                                November 14, 2014

**RE:** General                                          **Invoice#:** 783712
**Our File Number:** 00647/0001                          **PAGE:**   2

======================================================================

10/10/2014   Wells, Peter B                                      0.50
             Work on new plan matters.
10/12/2014   Ben-Jacob, Michael                                  1.58
             ████████████████████████████████████

10/13/2014   Wells, Peter B                                      1.58
             ███████████████████████████████

10/14/2014   Ben-Jacob, Michael                                  0.17
             ███████████████████████████████

10/14/2014   Wells, Peter B                                      1.00
             ██████████████████████████████████

10/20/2014   Veillette, Rebecca                                  0.50
             ████████████████████████████████████
                                      Total Hours................   18.83
             Fees through 10/31/2014....................   $13,429.65


*----------------------------TIME AND FEE SUMMARY----------------------------*
                            Rate        Hours        Fees
Ben-Jacob, Michael        $785.00        5.92     $4,647.20
Wells, Peter B             695.00       12.41      8,624.95
Veillette, Rebecca         315.00        0.50        157.50
             Fees through 10/31/2014...............   18.83     $13,429.65


Fees this Invoice.........................................................   $13,429.65
**Total Due this Invoice..............................................**   **$13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**               **WH_MDL_00355122**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 783712
      Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355123**



**KAYE SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    December 24, 2014
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                          **Invoice#:** 786881
**Our File Number:**00647/0001                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

---

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 10/21/2014 | Ben-Jacob, Michael   | 0.67      |
| 11/24/2014 | Culhane, Stephen     | 0.25      |
|            | Total Hours............... | 0.92  |
|            | Fees through 11/30/2014................................. $753.45 | |

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355124**

**KAYE │ SCHOLER** LLP

TO:    Argre Management LLC                                    December 24, 2014

**RE:** General                                              **Invoice#:** 786881
**Our File Number:** 00647/0001                               **PAGE:**    2

=====================================================================

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                       | Rate      | Hours | Fees       |
|-----------------------|-----------|-------|------------|
| Ben-Jacob, Michael    | $785.00   | 0.67  | $525.95    |
| Culhane, Stephen      | 910.00    | 0.25  | 227.50     |
| Fees through 11/30/2014............... | | 0.92  | $753.45    |

Fees this Invoice.........................................................................    $753.45

**Total Due this Invoice.................................................................**    **$753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 786881
Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355126**



**KAYE** | **SCHOLER** LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                        February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                    **Invoice#:** 791361
**Our File Number:**00647/0001                     **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

Total Hours................. 1.25

Fees through 12/31/2014................................... $868.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

Fees this Invoice.......................................................... $868.75
**Total Due this Invoice.............................................. $868.75**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 791361
Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER             WH_MDL_00355128

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

**For Legal Services Rendered through February 28, 2015**                         137.70

**Total Amount Due**                                          $          137.70

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 30, 2015                                                          Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                            **$137.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355130**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                              July 31, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                                    **Invoice#:** 805139
**Our File Number:**00647/0001                                       **PAGE:**    1

====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2015

====================================================================

|            |                                                                      | **Hours** |
|------------|----------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                   | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences. | |
| 04/22/2015 | Veillette, Rebecca                                                   | 1.30      |
|            | Attention to FBAR questions.                                        |           |
| 04/24/2015 | Veillette, Rebecca                                                   | 0.45      |
|            | Attention to FBAR matters.                                          |           |
| 05/05/2015 | Veillette, Rebecca                                                   | 0.40      |
|            | Attention to FBAR matters.                                          |           |
| 05/07/2015 | Veillette, Rebecca                                                   | 0.45      |
|            | Attention to foreign bank account reporting matters.  Interoffice conferences regarding same. | |
| 05/08/2015 | Veillette, Rebecca                                                   | 0.20      |
|            | Attention to 2013 FBAR information.                                 |           |
| 05/13/2015 | Veillette, Rebecca                                                   | 0.45      |
|            | Attention to foreign tax reporting matters.                         |           |

Total Hours.................    4.45

Fees through 06/30/2015...................................    $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355131**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                             July 31, 2015

**RE:** General                                                     **Invoice#:** 805139
**Our File Number:** 00647/0001                                     **PAGE:**    2

---

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate        Hours          Fees
Veillette, Rebecca                $325.00        4.45       $1,446.25

              Fees through 06/30/2015...............    4.45       $1,446.25


       Fees this Invoice..........................................................    $1,446.25
       Total Due this Invoice..............................................    $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355133**



**KAYE SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                              August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                                    **Invoice#:** 807022
**Our File Number:**00647/0001                                        **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2015

|  |  | **Hours** |
|---|---|---|
| 07/14/2015   Golub, Elizabeth | | 0.25 |

Total Hours.................    0.25

Fees through 07/31/2015...................................    $70.00

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

\*----------------------COSTS ADVANCED THROUGH 07/31/2015----------------------\*

| Corp. Filings & Searches | $250.50 |
|---|---|
| Total Costs through 07/31/2015......................... | $250.50 |

| Fees this Invoice........................................................................ | $70.00 |
|---|---|
| Costs this Invoice....................................................................... | $250.50 |
| **Total Due this Invoice................................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138


# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355135