# Exhibit 82

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00008 | 2734512 | 4/22/2013 | $25,606.15 | $265.19 | $25,871.34 | ($25,871.34) | 2/25/2014 | - | - |
| | 2737637 | 5/22/2013 | $16,869.40 | - | $16,869.40 | ($16,869.40) | 2/25/2014 | | - |
| | | Duet - Belgium - Total | $42,475.55 | $265.19 | $42,740.74 | ($42,740.74) | | - | - |
| | | GRAND TOTAL | $42,475.55 | $265.19 | $42,740.74 | ($42,740.74) | | - | - |

1

6/15/2018 10:29:23 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355388



```
                                              425 Park Avenue
                                              New York, NY  10022-3598
                                              212.836.8000
                                              www.kayescholer.com
                                              Fed. Identification No. 13-1672623
```

TO:   John H. van Merkensteijn                          April 22, 2013
      Argre Management LLC
      40 West 57th Street
      New York, New York  10019


RE: Duet - Belgium                                      Invoice#: 734512
Our File Number: 00647/0008                             PAGE:   1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                         | Hours |
|---|---|---|
| 03/13/2013 | Ben-Jacob, Michael | 3.83 |
|            | Review/edit documents. Calls with Rich and meetings with Peter to discuss. | |
| 03/13/2013 | Wells, Peter B | 5.33 |
|            | Call with Rich. Review documents and work on loan agreement and partnership. Discuss with Mr. Ben-Jacob. | |
| 03/14/2013 | Ben-Jacob, Michael | 3.08 |
|            | Review documents, related emails and calls with Rich and Peter. | |
| 03/14/2013 | Wells, Peter B | 6.00 |
|            | Call with Rich re documents. Review and revise the same. Review and revise loan agreement. Call with UK counsel re related issues. | |
| 03/14/2013 | Fleet, Stuart | 0.42 |
|            | Discussion with Peter Wells relating to English law as to agency and identifying the principal in a third party transaction. | |
| 03/14/2013 | Lewin, Daniel | 0.17 |
|            | Discussion with MBJ and PW. | |
| 03/15/2013 | Ben-Jacob, Michael | 1.00 |
|            | Review document. | |
| 03/15/2013 | Wells, Peter B | 1.83 |
|            | Prepare for and participate on call with Duet. Review related documents. | |
| 03/17/2013 | Ben-Jacob, Michael | 1.33 |
|            | Review documents. Emails with Rich. | |
| 03/18/2013 | Ben-Jacob, Michael | 0.75 |
|            | Review Duet charge agreements - related calls with Rich. | |
| 03/18/2013 | Wells, Peter B | 1.75 |
|            | Review deed of charge and work on related issues. | |
| 03/19/2013 | Wells, Peter B | 1.50 |
|            | Work on issues related to structure. Call with Woody and Kathleen re pension issues. Follow-up on matters re the same. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                       WH_MDL_00355389

**KAYE SCHOLER** LLP

TO:     John H. van Merkensteijn                              April 22, 2013

RE: Duet - Belgium                                             Invoice#: 734512
Our File Number: 00647/0008                                    PAGE:   2

---

| | | |
|---|---|---:|
| 03/20/2013 | Ben-Jacob, Michael | 1.33 |
| | Attention to commodities pool issues, related calls and emails. | |
| 03/20/2013 | Tan, Madeleine M | 0.25 |
| | Interoffice conference call with Kathleen Wechter and George Williams re commodity pool issue. | |
| 03/20/2013 | Williams, George M | 1.50 |
| | Telephone conference and research regarding CFTC issues. | |
| 03/20/2013 | Wechter, Kathleen A | 1.58 |
| | Conference M. Ben-Jacob and review information from client regarding plan status for CFTC purposes and review; conferences M. Tan and G. Williams; conferences G. Williams and M. Ben-Jacob regarding same. | |
| 03/20/2013 | Wells, Peter B | 1.33 |
| | Work on issues related to representations. Review revisions to documents. | |
| 03/21/2013 | Ben-Jacob, Michael | 1.00 |
| | Calls with George Williams and Rich. | |
| 03/21/2013 | Williams, George M | 2.00 |
| | Research and advice regarding CFTC issues. | |
| 03/22/2013 | Ben-Jacob, Michael | 0.42 |
| | Call with George Williams and follow-up email to Rich. | |
| 03/22/2013 | Williams, George M | 0.50 |
| | Further analysis of CFTC issues. | |
| 03/25/2013 | Ben-Jacob, Michael | 1.50 |
| | Review transaction documents and drafting email to Rich with comments. | |
| 03/25/2013 | Wells, Peter B | 2.25 |
| | Review Duet documents. | |
| 03/26/2013 | Williams, George M | 1.00 |
| | Advice regarding retirement plan exemptions under the CFTC's regulations. | |
| 03/26/2013 | Wells, Peter B | 2.25 |
| | Work on issue related to documents. Call with group. Follow-up issues re the same. | |
| 03/27/2013 | Ben-Jacob, Michael | 0.25 |
| | Following up on emails. | |
| 03/27/2013 | Williams, George M | 1.00 |
| | Conference call with Duet regarding CFTC issues; preparatory conference calls. | |
| 03/27/2013 | Wells, Peter B | 2.83 |
| | Prepare for and participate on call with Duet. Follow-up re issues related to the same. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                                    WH_MDL_00355390

**KAYE SCHOLER** LLP

TO: John H. van Merkensteijn   April 22, 2013

RE: Duet - Belgium   Invoice#: 734512
Our File Number: 00647/0008   PAGE: 3

---

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/28/2013 | Williams, George M | Review regulatory situation. | 0.50 |
| 03/28/2013 | Wells, Peter B | Work on issues related to revised document. Work on outstanding legal issues related to pensions etc. | 1.75 |
| 03/29/2013 | Wells, Peter B | Work on revisions related to documents. | 0.83 |

Total Hours.................. 51.06

Fees through 03/31/2013................................. $35,606.15

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 14.49 | $10,939.95 |
| Tan, Madeleine M | 795.00 | 0.25 | 198.75 |
| Williams, George M | 735.00 | 6.50 | 4,777.50 |
| Wechter, Kathleen A | 765.00 | 1.58 | 1,208.70 |
| Wells, Peter B | 650.00 | 27.65 | 17,972.50 |
| Fleet, Stuart | 845.00 | 0.42 | 354.90 |
| Lewin, Daniel | 905.00 | 0.17 | 153.85 |
| Fees through 03/31/2013............... | | 51.06 | $35,606.15 |

\*------------------------COSTS ADVANCED THROUGH 03/31/2013------------------------\*

Transportation   $265.19

Total Costs through 03/31/2013......................... $265.19

Fees this Invoice................................................. $35,606.15
Less Discount of................................................ (10,000.00)
Adjusted Fees........................................................................ $25,606.15
Costs this Invoice............................................................... $265.19
**Total Due this Invoice.............................................................** **$25,871.34**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**   **WH_MDL_00355391**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS
_____

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: Argre Management LLC
   Our File Number: 00647/0008
   Invoice Number: 734512
   Total Amount Due: $25,871.34

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355392



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn
40 West 57th Street
New York, New York
alicia@agremgt.com
New York, New York 10019

May 22, 2013

**RE:** Duet - Belgium
**Our File Number:** 00647/0008

**Invoice#:** 737637
**PAGE:** 1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/17/2013 | Woodard, A.F. | 1.17 |
| | Review of Custody Agreement and other documents re proposed Duet transaction. | |
| 03/28/2013 | Ben-Jacob, Michael | 0.83 |
| | Attention to misc. emails on open points re: documentation. Related review and conference with Peter. | |
| 04/01/2013 | Williams, George M | 1.00 |
| | Comment on CFTC issues in documents. | |
| 04/01/2013 | Wells, Peter B | 1.50 |
| | Work on revisions to documents and related CFTC issues. | |
| 04/02/2013 | Williams, George M | 0.50 |
| | Advice regarding CFTC-related change in wording. | |
| 04/02/2013 | Wells, Peter B | 1.00 |
| | Review revised documents and work on related matters. | |
| 04/10/2013 | Ben-Jacob, Michael | 2.25 |
| | Numerous calls, emails with George and Rich re: CFTC issues. | |
| 04/10/2013 | Williams, George M | 2.17 |
| | Discussion of structure and preparation of a CFTC-related representation for Mill River. | |
| 04/10/2013 | Michel, Patrick A | 0.58 |
| | Conference with M Ben-Jacob re Securities Laws issues. | |
| 04/11/2013 | Williams, George M | 0.50 |
| | Advice regarding CFTC analysis. | |
| 04/15/2013 | Ben-Jacob, Michael | 0.83 |
| | Attention to CFTC matters. | |
| 04/15/2013 | Wells, Peter B | 0.50 |
| | Work on issues related to loan structure. | |
| 04/16/2013 | Ben-Jacob, Michael | 0.08 |
| | Attention to misc. emails. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355393

TO: John H. van Merkensteijn  May 22, 2013

RE: Duet - Belgium  Invoice#: 737637
Our File Number: 00647/0008  PAGE: 2

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/16/2013 | Williams, George M | Discussions regarding the numerical calculations in available CFTC exemptions and also required representations;. | 1.25 |
| 04/17/2013 | Ben-Jacob, Michael | Attention to CFTC issues. Related conference call with Duet. Follow-up emails, etc. | 1.83 |
| 04/17/2013 | Williams, George M | Telephone conference regarding regulatory status; review; work on representations. | 3.00 |
| 04/17/2013 | Wells, Peter B | Call with Duet and counsel re CFTC issues. Follow-up re the same. | 1.42 |
| 04/19/2013 | Ben-Jacob, Michael | Attention to emails re: QEP representation. Attention to draft rep. letter and related emails. | 0.42 |
| 04/19/2013 | Williams, George M | Research and draft possible representation regarding qualified eligible purchaser status. | 1.25 |
| 04/19/2013 | Wells, Peter B | Review and revise rep letters. | 0.50 |
| 04/26/2013 | Michel, Patrick A | Conferences with E. Marcus. | 0.67 |

Total Hours.................. 23.25

Fees through 04/30/2013..................................... $16,869.40

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 6.24 | $4,711.20 |
| Williams, George M | 735.00 | 9.67 | 7,107.45 |
| Michel, Patrick A | 710.00 | 1.25 | 887.50 |
| Wells, Peter B | 650.00 | 4.92 | 3,198.00 |
| Woodard, A.F. | 825.00 | 1.17 | 965.25 |
| Fees through 04/30/2013................ | | 23.25 | $16,869.40 |

*----------------------------------OUTSTANDING BALANCE----------------------------------*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355394

| TO: | John H. van Merkensteijn | | May 22, 2013 |
|---|---|---|---|

RE: Duet - Belgium  
Our File Number: 00647/0008

Invoice#: 737637  
PAGE: 3

| Invoice# | Date | Amount |
|---|---|---|
| 734512 | 04/22/2013 | $25,871.34 |
| Prior Balance Due.................................................................. | | $25,871.34 |

| | |
|---|---|
| Fees this Invoice................................................................ | $16,869.40 |
| Total Due this Invoice......................................................... | $16,869.40 |
| Prior Balance Due (from above)......................................... | 25,871.34 |
| **TOTAL DUE**.................................................................... | **$42,740.74** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER               WH_MDL_00355395



425 Park Avenue  
New York, NY  10022-3598  
212.836.8000  
www.kayescholer.com  
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.  
　　　153 East 53rd Street  
　　　New York, New York 10022  
　　　Attention: Marsha Burnett  
　　　Telephone: 212.559.3787

　　　ABA Routing Number: 021000089  
　　　Bank Identification Code/SWIFT Code: CITIUS33  
　　　Account Name: Kaye Scholer LLP  
　　　Account Number: 9981494431

　　　RE: Argre Management LLC  
　　　Our File Number: 00647/0008  
　　　Invoice Number: 737637  
　　　Total Amount Due: $42,740.74

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER　　　WH_MDL_00355396