UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01867. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Avanix Management LLC Roth 401K Plan or Richard Markowitz in the action captioned *SKAT v. Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

*Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Avanix Management LLC Roth 401K Plan and Richard Markowitz remain active in the action captioned *SKAT v. Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867.

Dated: New York, New York
       December 15, 2024

| | |
|---|---|
| By: /s/ *Marc A. Weinstein* | By: /s/ *Thomas E.L. Dewey* |
| Marc A. Weinstein | Thomas E.L. Dewey |
| HUGHES HUBBARD & REED LLP | DEWEY, PEGNO & KRAMARSKY, LLP |
| One Battery Park Plaza | 777 Third Avenue |
| New York, New York 10004-1482 | New York, NY 10017 |
| Telephone: (212) 837-6000 | Telephone : (212) 943-4325 |
| Fax: (212) 422-4726 | Fax : (212) 943-4325 |
| marc.weinstein@hugheshubbard.com | tdewey@dpklaw.com |
| | |
| *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | *Counsel for Defendant Michael Ben-Jacob* |

SO ORDERED:

_____
     Lewis A. Kaplan
     United States District Judge